**United States District Court**
For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                        NORTHERN DISTRICT OF CALIFORNIA
5                                EUREKA DIVISION
6
7    BALTAZAR MALDONADO
     QUINTADOR,
8                                                    No. C 14-2902 NJV (PR)
                    Petitioner,
9                                                    **ORDER OF TRANSFER**
          vs.
10
     WARDEN SPEARMAN,
11
                    Respondent.
12   _____/
13
14        This is a habeas case filed pro se by a state prisoner.  Petitioner challenges a
15   conviction obtained in the Ventura County Superior Court in 2000.  Ventura County is in the
16   venue of the United States District Court for the Central District of California.  Petitioner is
17   incarcerated in the Northern District.
18        Venue for a habeas action is proper in either the district of confinement or the district
19   of conviction, 28 U.S.C. § 2241(d).  Because petitions challenging a conviction are
20   preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F.
21   Supp. 265, 266 (N.D. Cal. 1968), and Petitioner was convicted in Ventura County, this case
22   is **TRANSFERRED** to the United States District Court for the Central District of California.
23   *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).
24        **IT IS SO ORDERED.**
25   Dated: July 17, 2014.                           _____
                                                     NANDOR J. VADAS
26                                                   United States Magistrate Judge
27   G:\PRO-SE\NJV\HC.14\Quintanor2902.trn.wpd
28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BALTAZAR MALDONADO
QUINTADOR,

        Petitioner,

v.

WARDEN SPEARMANl,

        Respondent.

_____/

No.1:14-CV- 2902 NJV

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on July 17, 2014, I served a true and correct copy of

the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,

by depositing said envelope in the U.S. Mail.

Baltazar Maldonado Quintanor
P-94720
Correctional Training Facility, North
RB-319
P.O. Box 705
Soledad, CA 93960-0705


              /s/   *Linn  Van  Meter*
               Linn Van Meter
         Administrative Law Clerk to the
          Honorable Nandor J. Vadas